**FILED**

APR 2 9 2008

Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Lester Jon Ruston, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. |
| | ) | **08 0732** |
| | ) | |
| George W. Bush *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is this _25_

day of March 2008,

ORDERED that the application to proceed *in forma pauperis* [Dkt. No. 2] is GRANTED;

and it is

FURTHER ORDERED that this case is DISMISSED with prejudice. This is a final

appealable Order.

_____
United States District Judge

N                                                                                    4