FILED
AUG 1 1 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **Lester Jon Ruston,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 08-732 (UNA) |
| ) | |
| **George W. Bush,** ) | |
| ) | |
| Defendant. ) | |

## ORDER

Plaintiff's application to proceed *in forma pauperis* on appeal before the United States Court of Appeals for the District of Columbia Circuit has been referred to this Court for determination in the first instance. Upon review of the application, it is hereby

ORDERED that the plaintiff's application to proceed *in forma pauperis* on appeal is GRANTED.

Date: 8/8/08

_____
United States District Judge

